UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THOMAS ARLAN EVANS,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### Possession of Child Pornography

Between on or about August 1, 2015, and September 17, 2015, in Antrim County, in the Southern Division of the Western District of Michigan, the defendant,

**THOMAS ARLAN EVANS**,

did knowingly possess one or more computer discs, media cards, DVDs, and electronic files that contained an image of child pornography, including, but not limited to, one or more of the following:

1. 1244062956683.jpg;
2. 1176490507109.jpg;
3. hea_033.jpg;
4. 0-kiddy-pthc bw 026-fucking my 5yo daughter(1).jpg;
5. Oral_1.mpg;
6. a_serie(dad and mom fuck 7yr old ) 1.3min.mpg;
7. 4yr girl fuk.mpg;
8. Bilara-_Tied_Raped_Wounded.avi.

Each such image had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, including, but not limited to, one or more of the following, a Verbatim USB thumb

drive, a Memorex 2X DVD-RW, a Memorex 4X DVD-R, a PNY Attache 2GB USB thumb drive, an eMachine computer tower, and a Western Digital hard drive, all of which were manufactured outside the State of Michigan. The images of child pornography possessed included images that involved a minor who had not attained 12 years of age.

**18 U.S.C. § 2252A(a)(5)(B) and (b)(2)**
**18 U.S.C. § 2256(8)(A)**

## FORFEITURE ALLEGATION
### (Possession of Child Pornography)

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, the defendant,

**THOMAS ARLAN EVANS,**

shall forfeit to the United States of America, any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property.  The property to be forfeited includes, but is not limited to, the following.

1. Blue Verbatim USB thumb drive labeled "XXX Don't Erase", no serial number visible;

2. Silver Memorex 2X DVD-RW labeled "New Sqkoups", stamped Y3700067D3T82X;

3. Unlabeled silver Memorex 4X DVD-R, stamped 4021E3525-05595B01;

4. Gray PNY Attache 2GB USB thumb drive, no serial number visible; and

5. eMachine computer, serial number CRC672003079, containing a Western Digital hard drive, serial number WMAM9W426640.

**18 U.S.C. § 2253**
**18 U.S.C. § 2252A**

A TRUE BILL

_____
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
SEAN M. LEWIS
Assistant United States Attorney