UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THOMAS ARLAN EVANS,

      Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:16-cr-0099

## ORDER

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Thomas Arlan Evan's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1). The Court conducted an evidentiary hearing on June 3, 2016, at which defendant was represented by counsel.

For the reasons stated on the record, the Court finds that the government has proven by clear and convincing evidence that defendant poses a danger to the community. The Court also finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 3rd day of June, 2016.

                          /s/ Phillip J. Green
                        PHILLIP J. GREEN
                        United States Magistrate Judge